# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GORDON RAY BODKIN,** | NO. SACV 16-2211-BRO (KS) |
| Petitioner, | |
| v. | JUDGMENT |
| **KIM HOLLAND, Warden,** | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: September 1, 2017

_____
BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE